UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

GREGORY HARPER,                    )
                                   )
v.                                 )        No. 4:15-cv-51-HSM-CHS
                                   )
TENNESSEE METAL FABRICATING        )
CORPORATION.                       )

<u>REPORT and RECOMMENDATION</u>

Pursuant to an Order entered by Chief Judge Thomas A. Varlan, Plaintiff Gregory

Harper's counsel of record, Attorney Andy L. Allman, is suspended from practicing law in the

United States District Court for the Eastern District of Tennessee.  After Judge Varlan suspended

Attorney Allman, the undersigned Magistrate Judge entered an order on November 18, 2016,

giving Plaintiff Gregory Harper until January 6, 2017, to inform the Court whether he intended

to represent himself in this action or have an attorney enter an appearance on Plaintiff's behalf

[Order, Doc. 32].  In this same order, I advised Plaintiff that "[i]f Plaintiff does not take either of

these steps on or before January 6, 2017, the undersigned will recommend to the District Court

Judge that his lawsuit be DISMISSED in its entirety under Fed. R. Civ. P. 41 for failure to

prosecute."  I directed the Clerk of the Court to serve the Plaintiff at his last known address.

Plaintiff has not complied with the Court's order.  Therefore, it is RECOMMENDED to

District Judge Harry S. Mattice that this action be DISMISSED in its entirety for failure to

prosecute.  *See Carpenter v. City of Flint*, 723 F.3d 700, 704 (6th Cir. 2013) ("It is well settled

that a district court has the authority to dismiss *sua sponte* a lawsuit for failure to prosecute")

(citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629–30 (1962); *Carter v. City of Memphis*, 636 F.2d 159, 161 (6th Cir.1980)). [1]

The Clerk of Court shall serve Plaintiff at the following address:

219 Track Road
Rock Island, TN 38581

ENTER.

s\ *Christopher H. Steger*
CHRISTOPHER H. STEGER
UNITED STATES MAGISTRATE

---

[1] Any objections to this Report and Recommendation must be served and filed within fourteen (14) days after service of a copy of this recommended disposition on the objecting party. Such objections must conform to the requirements of Rule 72(b) of the Federal Rules of Civil Procedure. Failure to file objections within the time specified constitutes a waiver of the right to appeal the District Court's order. *Thomas v. Arn*, 474 U.S. 140, 88 L.Ed.2d 435, 106 S. Ct. 466 (1985). The district court need not provide *de novo* review where objections to this report and recommendation are frivolous, conclusive or general. *Mira v. Marshall*, 806 F.2d 636 (6th Cir. 1986). Only specific objections are reserved for appellate review. *Smith v. Detroit Federation of Teachers*, 829 F.2d 1370 (6th Cir. 1987).