UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | | |
|---|---|---|
| GREGORY HARPER | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | Case No. 4:15-cv-51 |
| v. | ) | |
| | ) | Judge Mattice |
| TENNESSEE METAL | ) | Magistrate Judge Steger |
| FABRICATING CORPORATION, | ) | |
| | ) | |
| *Defendant*. | ) | |
| | ) | |

# **ORDER**

On January 26, 2017, United States Magistrate Judge Christopher H. Steger filed his Report and Recommendation (Doc. 35). Therein, Magistrate Judge Steger recommended that Plaintiff's case be dismissed in its entirety for failure to prosecute. (*Id.* at 1). The Parties have filed no objections to the Magistrate Judge's Report and Recommendation.[1] Nevertheless, the Court has conducted a review of the Report and Recommendation, as well as the record, and it agrees with Magistrate Judge Steger's well-reasoned conclusions.

---

[1] Magistrate Judge Steger specifically advised the Parties that they had 14 days in which to object to the Report and Recommendation and that failure to do so would waive their right to appeal. (Doc. 35 at 2 n.1); *see* Fed. R. Civ. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148-51 (1985) (noting that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings"). Even taking into account the three additional days for service provided by Fed. R. Civ. P. 6(d), the period in which the Parties could timely file any objections has now expired.

Accordingly, the Court hereby **ACCEPTS** and **ADOPTS** Magistrate Judge Steger's findings of fact, conclusions of law, and recommendations, (Doc. 35), and Plaintiff's Complaint (Doc. 1) is hereby **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

A separate judgment will enter.

**SO ORDERED** this 17th day of February, 2017.

                                           */s/ Harry S. Mattice, Jr.*
                                           HARRY S. MATTICE, JR.
                                           UNITED STATES DISTRICT JUDGE